# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00094-CV

_____

## IN RE WELLS FARGO BANK, N.A., BANK OF MONTREAL, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, THOMAS E. MCGRAW AND TROY JEFFERSON

## Original Proceeding

## MEMORANDUM OPINION

Wells Fargo Bank, N.A., Bank of Montreal, The Prudential Insurance Company of America, Thomas E. McGraw and Troy Jefferson, filed a petition for mandamus relief to compel the Honorable Judge Robert J. Wortham to grant a continuance of the trial of the case and permit additional discovery. We granted Relators' motion to stay jury selection and requested a response from the real parties in interest. *See* Tex. R. App. P. 52.08(b)(1); 52.10. Before submission, we abated the original proceeding to allow a successor judge to reconsider the original decision. *See* Tex. R. App. P. 7.2(b). Relators have filed a motion to dismiss this

1

original proceeding without prejudice. Relators inform the Court that this proceeding is moot because the real parties in interest have filed a notice of nonsuit with the trial court.

We withdraw our order of April 10, 2014, which abated this original proceeding, we dissolve our order of March 3, 2014, which stayed jury selection in the trial court, we grant the motion to dismiss without prejudice, and we dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Opinion Delivered May 1, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.